Keith W. Carlson, State Bar No. 193437
keith@cjattorneys.com
Erika A. Iler, State Bar No. 233608
erika@cjattorneys.com
Ryan P. Kennedy, State Bar No. 274035
ryan@cjattorneys.com
CARLSON & JAYAKUMAR LLP
2424 S. E. Bristol, Suite 300
Newport Beach, California 92660
Telephone:  (949) 222-2008
Facsimile:   (949) 222-2012

*Attorneys for Defendant*
*University of Southern California*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULETTE FAUCEGLIA, | Case No. 2:19-cv-04738-FMO-JEM |
| Plaintiff, | Honorable Fernando M. Olguin |
| v. | **DISCOVERY MATTER** |
| UNIVERSITY OF SOUTHERN CALIFORNIA, a corporation; BOARD OF TRUSTEES OF THE UNIVERSITY OF SOUTHERN CALIFORNIA, a corporation; MICHAEL SELSTED, | **JOINT STIPULATION AND STIPULATED CONFIDENTIALITY, FED. R. EVID. 502(d), AND QUALIFIED PROTECTIVE ORDER** |
| Defendants. | |

1. **IT IS HEREBY ORDERED**, good cause appearing, that the terms of the Joint Stipulation and Confidentiality, Fed. R. Evid. 502(d), and Qualified Protective Order attached hereto as **Exhibit A**, submitted by the parties meets with the approval of the Court. The Joint Stipulation and Confidentiality, Fed. R. Evid. 502(d), and Qualified Protective Order is hereby adopted as the Order of this Court.

DATED: June 3, 2020

_____
Hon. John E. McDermott
United States Magistrate Judge