UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-4738 FMO (JEMx) | Date | August 31, 2020 |
|---|---|---|---|
| Title | Paulette Fauceglia v. University of Southern California, et al. | | |

Present: The Honorable    **Fernando M. Olguin, United States District Judge**

| Vanessa Figueroa | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**         **(In Chambers) Order to Show Cause Re: Sanctions or Dismissal**

Pursuant to the Court's Order of September 27, 2019, the parties were required to complete a settlement conference before the assigned magistrate judge no later than March 25, 2020. (See Dkt. 35, Court's Order of September 27, 2019, at 17).  If the case settled, the parties were required to file a Notice of Settlement no later than 24 hours after settlement.  (See id.). Otherwise, the parties were required to file a Status Report Re: Settlement no later than 48 hours after the settlement conference was complete.  (See id.).  Pursuant to the Court's Order of June 2, 2020 (Dkt. 67), the parties were given an extension to August 25, 2020 to complete their settlement conference before a private mediator.

As of the filing date of this Order, neither a Notice of Settlement nor a Status Report Re: Settlement has been filed.  (See, generally, Dkt.).  Accordingly, IT IS ORDERED THAT, no later than **September 8, 2020**, the parties shall show cause in writing why sanctions should not be imposed for failure to comply with the Court's Orders of September 27, 2019 and June 2, 2020. **Failure to submit a response to this Order by the deadline set forth above may result in the imposition of sanctions and/or dismissal of this action for lack of prosecution.**  See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002), cert. denied, 538 U.S. 909 (2003).

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |